# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Gary Debenedetto

Plaintiff,

v.

Case No.: 1:13−cv−07604
Honorable Andrea R. Wood

Antonio Salas, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 22, 2019:

MINUTE entry before the Honorable Andrea R. Wood: Plaintiff's motion to substitute party name [91] is granted. The Clerk is directed to substitute Herman D. Hoover as Defendant in place of Herbert Hoover. The motion presentment date of 7/23/2019 is stricken; parties need not appear. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.